| | |
|---|---|
| 1 | Tyler A. Brown (State Bar No. 121350) |
| 2 | Hardev S. Chhokar (State Bar No. 311802) |
| | JACKSON LEWIS P.C. |
| 3 | 50 California Street, 9th Floor |
| | San Francisco, California  94111-4615 |
| 4 | Telephone:  (415) 394-9400 |
| | Facsimile:  (415) 394-9401 |
| 5 | E-mail:  Tyler.Brown@jacksonlewis.com |
| | E-mail:  Hardev.Chhokar@jacksonlewis.com |

Tyler A. Brown (State Bar No. 121350)
Hardev S. Chhokar (State Bar No. 311802)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California  94111-4615
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
E-mail:  Tyler.Brown@jacksonlewis.com
E-mail:  Hardev.Chhokar@jacksonlewis.com

Attorneys for Defendants
J & J WORLDWIDE SERVICES, INC.

Na'il Benjamin (State Bar No. 240345)
Kristin A. Smith (State Bar No. 242643)
Benjamin Law Group, P.C.
1290 B Street, Suite 314
Hayward, California  94541
Telephone:  (510) 897-9967
Facsimile:  (510) 439-2632
E-mail:  nbenjamin@benjaminlawgroup.com
E-mail:  kristin@benjaminlawgroup.com

Attorneys for Plaintiff
JEANETTE MOORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE MOORE,<br><br>  Plaintiff,<br><br>  v.<br><br>J & J WORLDWIDE SERVICES, a Texas Corporation; and, DOES 1-10, inclusive,<br><br>  Defendant. | Case No. 3:19-cv-06356-RS<br><br>**JOINT STIPULATION AND ORDER EXTENDING DISCOVERY CUTOFF AND RELATED DATES**<br><br> AS MODIFIED BY THE COURT<br><br>Complaint Filed:   07/17/2019<br>Action Removed:  10/04/2019<br>Trial Date:             05/03/2021 |

1

STIPULATION AND ORDER EXTENDING DISCOVERY CUTOFF AND RELATED DATES; CASE NO. 3:19-cv-06356-RS

Pursuant to N.D. Cal. Local Rules 6-2 and 7-12, Defendant J & J WORLDWIDE SERVICES and Plaintiff JEANETTE MOORE (collectively the "Parties") hereby stipulate and agree as follows:

1. WHEREAS, on January 9, 2020, the Court issued the Case Management Scheduling Order that that set September 28, 2020 as the deadline to complete all non-expert discovery to be completed by the Parties (Doc. 11);

2. WHEREAS, the Parties have been unable to complete discovery or otherwise prepare for trial due to the current circumstances related to the COVID-19 pandemic;

3. WHEREAS, the Parties believe that additional time is needed to conduct discovery, including taking depositions, and to prepare for trial;

4. WHEREAS, the Parties have not previously made a request to modify any dates set in the Case Management Scheduling Order;

5. WHEREAS, the Parties are discussing the possibility of alternative dispute resolution, which may further necessitate the continuance of the deadlines in the Case Management Scheduling Order;

6. WHEREAS, the Parties respectfully request that the deadline for non-expert discovery be continued and the remaining deadlines in the case be adjusted accordingly, as follows:

| Event | Deadline from January 1, 2020 Order | Revised Deadline |
| --- | --- | --- |
| Non-Expert Discovery cut-off: | 9/28/2020 | 1/28/2021 |
| Disclosure of identities and reports of expert witnesses: | 10/12/2020 | 2/11/2021 |
| Rebuttal expert reports: | 10/26/2020 | 2/25/2021 |
| Close of expert discovery: | 11/09/2020 | 3/11/2021 |
| Pretrial motion deadline: | 2/4/2021 | 6/7/2021 |

| Pretrial conference: | 4/21/2021 | 8/25/2021 |
|---|---|---|
| Trial date: | 5/3/2021 | 9/7/2021 |

Dated:  September 4, 2020          JACKSON LEWIS P.C.

By: _____
Tyler A. Brown
Hardev S. Chhokar
Attorneys for Defendant
J & J WORLDWIDE SERVICES, INC.

Dated:  September 4, 2020          BENJAMIN LAW GROUP, P.C.

By: _____
Na'il Benjamin
Kristin A. Smith
Attorneys for Plaintiff
JEANETTE MOORE

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __September 8, 2020__          _____
Hon. Richard Seeborg
United States District Judge

4820-6176-3272, v. 1

---

3
STIPULATION AND ORDER EXTENDING DISCOVERY CUTOFF AND RELATED DATES; CASE NO. 3:19-cv-06356-RS