Tyler A. Brown (State Bar No. 121350)
Hardev S. Chhokar (State Bar No. 311802)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California  94111-4615
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
E-mail:  Tyler.Brown@jacksonlewis.com
E-mail:  Hardev.Chhokar@jacksonlewis.com

Attorneys for Defendant
J & J WORLDWIDE SERVICES, INC.

Na'il Benjamin (State Bar No. 240345)
BENJAMIN LAW GROUP, P.C.
1290 B Street, Suite 314
Hayward, California 94541
Telephone:  (510) 897-9967
Facsimile:  (510) 439-2632
E-mail:  nbenjamin@benjaminlawgroup.com

Attorneys for Plaintiff
JEANETTE MOORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE MOORE,<br><br>     Plaintiff,<br><br>v.<br><br>J & J WORLDWIDE SERVICES, a Texas Corporation; and, DOES 1-10, inclusive,<br><br>     Defendant. | Case No. 3:19-cv-06356-RS<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND ALL RELATED DEADLINES AS MODIFIED BY THE COURT**<br><br>Complaint Filed:   07/17/2019<br>Action Removed:  10/04/2019<br>Trial Date:             09/06/2021 |

Pursuant to N.D. Cal. Local Rules 6-2 and 7-12, Plaintiff Jeanette Moore ("Plaintiff") and Defendant J & J Worldwide Services ("Defendant") (collectively, the "Parties") hereby stipulate as follows:

    1.    WHEREAS, the Parties attended mediation on February 11, 2021 with Vivien Williamson, but were unable to resolve this case;

    2.    WHEREAS, as a result of the factual disputes uncovered during mediation, the

Parties agreed that they would need more time to conduct discovery beyond the current discovery cut-off dates, including depositions of Defendant's former employees and Plaintiff's deposition;

3. WHEREAS, Plaintiff's lead attorney at Benjamin Law Group P.C., Kristin Smith, left the firm, which required her colleague, Na'il Benjamin, to take over for Ms. Smith and to familiarize himself with the case;

4. WHEREAS, the Parties are currently coordinating depositions of relevant witnesses, but have encountered scheduling issues with their limited availability;

5. WHEREAS, Defendant's counsel also needs additional time to continue to meet and confer with Plaintiff's counsel in hopes of resolving its ongoing discovery disputes with Plaintiff's discovery responses and document production;

6. WHEREAS, the need to conduct further discovery will affect the Parties' ability to timely submit pretrial motions by the current pretrial motion deadline of June 7, 2021;

7. WHEREAS, Plaintiff's counsel is currently scheduled for trial in four matters between January 2022 and April 2022;

8. WHEREAS, the Parties respectfully request that the deadline for non-expert discovery be continued and the remaining trial deadlines be adjusted accordingly, as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Non-Expert Discovery cut-off: | 04/28/2021 | 10/08/2021 |
| Further Case Management Conference | | 10/14/2021 |
| Disclosure of identities and reports of expert witnesses: | 05/12/2021 | 10/22/2021 |
| Rebuttal expert reports: | 05/26/2021 | 11/05/2021 |
| Pretrial motion deadline | 06/07/2021 | 11/18/2021 |
| Close of expert discovery: | 06/09/2021 | 11/22/2021 |

| Pretrial conference | 8/25/2021 | 2/9/2022 |
|---|---|---|
| Trial date: | 9/7/2021 | 2/22/2022 |

IT IS SO STIPULATED.

Dated: April 14, 2021                                    BENJAMIN LAW GROUP P.C.

                                By:   */s/ Na'il Benjamin*
                                      Na'il Benjamin
                                      Attorneys for Plaintiff
                                      JEANETTE MOORE

Dated: April 14, 2021                                    JACKSON LEWIS P.C.

                                By:   */s/ Hardev S. Chhokar*
                                      Tyler A. Brown
                                      Hardev S. Chhokar
                                      Attorneys for Defendant
                                      J & J WORLDWIDE SERVICES, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 14, 2021                    _____
                                         Hon. Richard Seeborg
                                         Chief United States District Judge

4837-3376-6627, v. 1

---

3

Stipulation and [Proposed] Order to Continue
Trial Date and All Related Deadlines                                Case No. 3:19-cv-06356-RS