UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J & J WORLDWIDE SERVICES,<br><br>　　　　Defendant. | Case No. 19-cv-06356-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **June 16, 2022.**  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **June 23, 2022, at 1:30 p.m.** by Zoom Webinar and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

　　**IT IS SO ORDERED.**

Dated: May 3, 2022

_____
Richard Seeborg
Chief United States District Judge