1 | Tyler A. Brown (State Bar No. 121350)
JACKSON LEWIS P.C.
2 | 50 California Street, 9th Floor
San Francisco, California 94111-4615
3 | Telephone: (415) 394-9400
Facsimile: (415) 394-9401
4 | E-mail: Tyler.Brown@jacksonlewis.com

5 | Attorneys for Defendant
J & J WORLDWIDE SERVICES, INC.

Na'il Benjamin (State Bar No. 240345)
7 | BENJAMIN LAW GROUP, P.C.
1290 B Street, Suite 314
8 | Hayward, California 94541
Telephone: (510) 897-9967
9 | Facsimile: (510) 439-2632
E-mail: nbenjamin@benjaminlawgroup.com

Attorneys for Plaintiff
11 | JEANETTE MOORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE MOORE,<br><br>  Plaintiff,<br><br>  v.<br><br>J & J WORLDWIDE SERVICES, a Texas Corporation; and, DOES 1-10, inclusive,<br><br>  Defendant. | Case No. 3:19-cv-06356-RS<br>**ORDER**<br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:  07/17/2019<br>Action Removed:  10/04/2019 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all the parties to this action stipulate to the dismissal of this action in its entirety, with prejudice, each party to bear its own attorney's fees and costs.

IT IS SO STIPULATED.

Dated: June 13, 2022                    BENJAMIN LAW GROUP P.C.


                                        By: ___/s/ Na'il Benjamin_____
                                              Na'il Benjamin

---

1

Stipulation of Dismissal with Prejudice                    Case No. 3:19-cv-06356-RS

| | |
|---|---|
| | Attorneys for Plaintiff<br>JEANETTE MOORE |
| Dated: June 13, 2022 | JACKSON LEWIS P.C. |
| | By: */s/ Tyler A. Brown*<br>Tyler A. Brown<br>Attorneys for Defendant<br>J & J WORLDWIDE SERVICES, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 13, 2022

_____
Hon. Richard Seeborg
United States District Judge